UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

VICTORIA TOMLINSON,

    Plaintiff,

 -vs-

EASTERN RECOVERY & REMEDIATION GROUP, LLC, *et al.*,

    Defendants.

Case No. 15-CV-13606
Hon. Denise Page Hood
Magistrate Judge: David R. Grand

## STIPULATED ORDER OF DISMISSAL

Having been advised by the stipulation of the parties below, it is ordered that the claims against Eastern Recovery & Remediation Group, LLC, Law Office of Daria L. Pratcher, P.C., Daria L. Pratcher, and Genique Meredith (collectively, "Defendants") are dismissed with prejudice and without costs, attorney's fees or sanctions to any party. The court retains jurisdiction only for purposes of enforcing the settlement in this matter.

    **So ordered**.

    Dated: October 4, 2019

                                        s/Denise Page Hood
                                        Chief Judge, U.S. District Court

2

Stipulated to by:


s/ Sylvia S. Bolos
Sylvia S. Bolos P78715
Ian B. Lyngklip P47173
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
Attorney for Victoria Tomlinson
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
PH: (248) 208-8864
sylviab@consumerlawyers.com


s/ Stuart A. Best (by consent)
Stuart Best P40744
WELTMAN, WEINBERG & REIS CO., L.P.A.
Attorney for Genique Meredith,
Daria L. Pratcher, P.C., and Daria L. Pratcher
2155 Butterfield Dr. Ste. 200-S
Troy, MI 48084
(248) 502-6113
sbest@weltman.com